IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIANE S. HANNON,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

Defendants.

Case No. 21-cv-1514 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 8/22/2022          MONICA A. STUMP, Clerk of Court

                             *s/Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**